**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR **2 5** 2025

**MITCHELL R. ELFERS**
**CLERK**

Stephen S. Edwards
E-Mail  StevoNaz@aol.com
#602-757-2110

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEPHEN S. EDWARDS,
    Plaintiff,

CASE No:  CV 25-300 JMR

v.

SAMIR V. PATEL.

Defendant.

1. CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C.§1983
2. 18 USC § 1510. Obstruction of criminal investigations  (8 Violations)
3. 18 USC § 1511. Obstruction of State or local law enforcement  (8 Violations)
4. Fraud 8 Violations
5. Conspiracy to Commit Fraud 8 Violations

## COMPLAINT

COME NOW the Plaintiff Stephen S. Edwards in pro persona with Federal questions of

due process violations (Video Evidence) that was frivolously circumvented by destruction to

avoid culpability by defendant and businessman Samir V Patel. Mr Patel is part owner of The

Tru by Hilton Hotel located at 4949 Jefferson St NE Albuquerque, New Mexico leaving all his

guest out to dry in maliciously failing to provide adequate security then hiding evidence to avoid

judgement.  Mr. Patel a recipient of Federal Covid money ($150,000.00) has the AUDACITY to

Destroy Video Surveillance evidence from 8 Hotel Cameras jeopardizing all guests safety. Mr

Patel hired cheap security who abandoned his post based on non payment on the evening of Dec.

11, 2020 from 11:30PM to 2:15AM for over 90 minutes. Where is the Tru by Hilton Video?

1

Security Evidence Mr. Patel was advised and he agreed to preserve by his General Manager who located the suspect vehicle from the Hilton Security footage they claim they now do not have. Can you imagine your cameras for security do not work when you know you have had previous break-ins without warning your guests of previous violations of premises liability by nefarious people. Mr Patel destroyed this video evidence despite his promise to preserve, despite notice and promise to retain? Fraud!

Diversity and Jurisdiction

1.  That at all times relevant hereto Stephen S. Edwards, hereinafter the "Plaintiff", was a resident from the City of Phoenix, in the State of Arizona and does not have an address as of date of this complaint. E-Notifications will be needed.

2.  The Defendant, a resident of the State of New Mexico. SAMIR V. PATEL located at 1400 W. Maloney Gallop, NM 87301.**Tru by Hilton Albuquerque North** 4949 Jefferson St NE Albuquerque, NM

That this action involves a robbery that occurred on December 11, 2020, in the City of Albuquerque, State of New Mexico at the Tru by Hilton Hotel premises located at 4949 Jefferson St. NE built and opened just months earlier. This action is to hold accountable defendant for purposely hiding evidence to avoid judgement. Fraud.

That diversity jurisdiction exists under 28 USC § 1331 & 28 USC § 1330 insomuch as the Plaintiff and Defendant are residents of different states and the amount in controversy exceeds $75,000.00 for each of 8 Counts of fraud. Sixteen (16) Counts of due process violations each exceed $75,0000.00. 8 Violation of Conspiracy to commit fraud.

A Jury Trial is not required this case is simply about a person hiding video evidence of the robbery denying plaintiff's due process under nefarious means.

### Introduction:

A. That the Plaintiff restates each and every allegation as if fully stated herein.

B. That on December 11, 2020 at 1:00AM the Plaintiff's Civil rights were violated insomuch that he left Albuquerque because he did not feel safe anymore.

C. That Tru by Hilton knew of the dangers in their new Hotel and Large parking lot and yet they neglected to advise their guest of the dangers. Later we learned there was a similar robbery 4 weeks prior.

A. That the Hotel manager on duty never asked the trespassers to leave the property.

B. That the Hotel Manager did not call Albuquerque Police in a timely fashion.

C. That the Hotel Manager on duty did not call to locate his security to return.

D. The Plaintiff stayed at this Hotel for more than 2 weeks the Hotel Manager's never warned plaintiff or any of the guests despite knowing of the dangers.

E. Tru by Hilton manager Ms Molly Gallegos advised that the Albuquerque Police was severely shorthanded hence another reason why they hired security.

F. That the Hotel refused to turn over video evidence to Plaintiff.

G. That the plaintiff received video evidence from the The Maverik Gas station next door located at 5001 Jefferson St NE om December 2020.

H. That the General Manager Molly Gallegos called the plaintiff the next morning at 10:00AM to advise she has the getaway vehicle still sitting on the premise after viewing video from the Tru by Hilton Hotel.

Plaintiff was a guest at the Tru by Hilton Hotel in late November 2020 departed for 2 weeks then returned. Two days later on December 11, 2020 a trespasser in an older blue pick up truck from 11:30PM to 2:15AM was driving around the parking lot for over 90 minutes canvassing all the guest cars to break in and steal whatever they can. The Albuquerque Police arrived 1 hour after the incident. This complaint is about the defendants actions using nefarious means to claim he does not have video from his security system. What an astonishing admission of guilt that they would be so calice. Each violation represents each camera footage that Mr Patel is hiding.   Surveillance Security Video : 1 at entrance of Tru by Hilton Hotel, 3 Lobby Cameras. 1 Camera Above Check in with sound 2 Outdoor Camera outside each corner of Hotel. 1 Camera from Rear Entrance Door, 1 Camera from Side Entrance Door. Total 8 Cameras.

There is litigation at the lower Court where the defendants has tried multiple times to dismiss the charges of Negligent Security and premises liability under New Mexico Law. Each time defendant's arguments were rejected. Some charges dismissed without prejudice and were refiled. Defendants along with his legal counsel Mr Justin Robbs simple did not understand dismissed without prejudice despite the court explaining. This Court dismissed without prejudice by the Honorable Kaye Riggs. Defendant did not challenge that ruling Justice Riggs and plaintiff have conflict of interest with past business dealings with her family members. The plaintiff will display a court order demonstrating defendant has done everything possible to obstruct justice. The plaintiff did not deserve or ask for any of this nefarious activity by local business, man Samir V Patel. This is not the New Mexico I know. Mr Patel by his attorney Mr Justin Robbs instead of paying the simple claim has challenged this plaintiff to file additional legal documents in this Federal Court so he can continue to profit from litigation that is unnecessary. Time for defendant Mr Samir V. Patel to take responsibility either produce the video security tapes to take

4

judgment against you as alleged in this complaint. The actions of Mr Patel destroying evidence was done with the malicious attempt to devoid responsibility, conscience of guilt!

<u>Prayer for Relief</u>

WHEREFORE Plaintiff seeks entry of a judgment for violations of:

Civil Rights 42 U.S.C.§1983.

18 USC § 1510. Obstruction of criminal investigations  (8 Violations),

18 USC § 1511. Obstruction of State or local law enforcement  (8 Violations)

Fraud 8 Violations 1 for each camera et al.

Conspiracy to Commit Fraud 8 Violations, & Punitive damages allowed by Federal Law.

Respectfully Submitted,

March 22. 2025

_____
Stephen S. Edwards
The Plaintiff

S 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

STEPHEN S. EDWARDS

**DEFENDANTS**

SAMIR V. PATEL

**(b)** County of Residence of First Listed Plaintiff   n/a
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Sandoval
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

| | | | |
|---|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☒ 3 | Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☐ 4 | Diversity *(Indicate Citizenship of Parties in Item III)* |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | | PTF | DEF |
|---|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*                    Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | **INTELLECTUAL** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 470 Racketeer Influenced and |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | Corrupt Organizations |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets | (15 USC 1681 or 1692) |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | Act of 2016 | ☐ 485 Telephone Consumer |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | | Protection Act |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | Exchange |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | Medical Malpractice | | Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | | ☐ 895 Freedom of Information |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | **FEDERAL TAX SUITS** | Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | 26 USC 7609 | Agency Decision |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | State Statutes |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File | |

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C.§1983
Brief description of cause:
Obstruction of Justice Destruction of Evidence

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
$600,000

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

**VIII. RELATED CASE(S) IF ANY**   *(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE   March 21, 2025

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____